JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., AND DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:22-cv-01596-MWF(PDx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the Joint Stipulation of Dismissal of Entire Action with Prejudice submitted by Plaintiff Loretta Young ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("Defendant") (collectively, the "Parties"), and good cause appearing therefor, **IT IS HEREBY ORDERED** that the above-entitled action be dismissed in its entirety with prejudice, with the Parties to each bear their own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: May 2, 2023_

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge